FILED - GR
August 17, 2018 3:37 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __mkc__   SCANNED BY: /s/ 8/17/18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON HARRY BISHOP,

    Defendant.
_____/

2:18-cr-34
Paul L. Maloney
United States District Judge

**FELONY INFORMATION**

The United States Attorney charges:

(Transportation of Child Pornography)

On or about January 27, 2017, in Chippewa County, in the Northern Division of the Western District of Michigan,

### JASON HARRY BISHOP

knowingly transported child pornography that involved prepubescent minors, including, but not limited to, one or more of the visual depictions listed below by file name:

1. 2000050e000000073701.dat;

2. 328c673d-ad6b-46a5-a66d-b1c468702a63;

3. faa3d862-9145-4ab9-be46-ee6e04f887b7;

4. bfe36e8d-d91b-4bac-b531-3d6b080b3986;

5. a538a8ed-a04d-4a01-ab7c-040e3c2745ef.jpg; and

6. c74e066a-8a48-4372-8bb3-0234246591a2.jpg.

Such depictions were transported in and affecting foreign commerce when defendant crossed from Sault Ste. Marie, Michigan into Sault Ste. Marie, Ontario, Canada with each of these depictions in his possession.

18 U.S.C. § 2252A(a)(1) and (b)(1)
18 U.S.C. § 2256(8)(A)

## FORFEITURE ALLEGATION
(Transportation of Child Pornography)

The allegations contained in this Felony Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A,

### JASON HARRY BISHOP

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following items, seized from Defendant on January 27, 2017:

   a. Lenovo Laptop Computer, Model Ideapad 100s-14IBR, Serial Number YD00YQ5X;

   b. Samsung Galaxy S7, Serial Number R38HA0EHVYM; and

   c. Sandisk Cruzer Glide, 64 GB USB Drive.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
18 U.S.C. § 2252A
18 U.S.C. § 2256(8)(A)

ANDREW BYERLY BIRGE
United States Attorney

Date: August 17, 2018

DAVIN M. REUST
Assistant United States Attorney