UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

No. 2:18-cr-34

v.

FELONY INFORMATION
**PENALTY SHEET**

JASON HARRY BISHOP,

      Defendant.
_____/

**Transportation of Child Pornography** – 18 U.S.C. § 2252A(a)(1) and (b)(1)

**Maximum penalty:** Not less than 5 or more than 20 years' imprisonment and/or $250,000 fine [18 U.S.C. § 3571]

**Supervised Release:** Not less than 5 years or more than life. [18 U.S.C. § 3583(k)] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 + $5,000 [18 U.S.C. §§ 3013, 3014]

**Restitution**: Mandatory [18:3663A]

**Other**: Sex Offender Registration

**FORFEITURE**

Date:  August 17, 2018                        /s/ Davin M. Reust
                                              Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046