UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 2:18–cr–00034–PLM

v.                            Hon. Paul L. Maloney

JASON HARRY BISHOP,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>Change of Plea Hearing |
| Date/Time: | August 30, 2018   03:30 PM |
| Magistrate Judge: | Timothy P. Greeley |
| Place/Location: | Marquette, MI |

                                              TIMOTHY P. GREELEY
                                              U.S. Magistrate Judge

Dated:  August 20, 2018        By:    /s/ C. A. Moore_____
                                                   Courtroom Deputy