UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON HARRY BISHOP,<br><br>Defendant. | CASE NO. 2:18-CR-34<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:   HONORABLE PHILLIP J. GREEN
      UNITED STATES MAGISTRATE JUDGE
      WESTERN DISTRICT OF MICHIGAN

Now comes Davin M. Reust, Assistant United States Attorney for the Western District of Michigan, and attorney for the petitioner, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

1. That on or about August 17, 2018, a Felony Information was filed charging defendant with transportation of child pornography, in violation of 18 U.S.C. § 2252A(a)(1) and (b)(1).

2. That the defendant is presently incarcerated at Chippewa County Jail, and that he cannot be produced and appear before this Court for a hearing on August 30, 2018, without an order of this Court.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, Chippewa County Jail, and to each and all of

his assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Marquette, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Marquette, Michigan, and at such other times and dates as the Court may decree, on August 30, 2018, at 3:30 p.m. and after the conclusion of this case that said defendant be returned to the Sheriff, Chippewa County Jail.

ANDREW BYERLY BIRGE
United States Attorney

DAVIN M. REUST
Assistant United States Attorney

## ORDER

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable August 30, 2018, at 3:30 p.m. for a hearing before the Honorable Timothy P. Greeley, United States Magistrate Judge, in Marquette, Michigan.

Dated: 8/21/18

PHILLIP J. GREEN
United States Magistrate Judge