UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                Plaintiff,        Case No. 2:18-cr-00034

-vs-                                    Hon. Paul L. Maloney

JASON HARRY BISHOP,

                Defendant.
_____/

## CONSENT

The above-named defendant hereby acknowledges the following:

1. The United States Magistrate Judge has explained to me the charges pending against me and the possible penalties I face upon conviction. I understand the charges and the possible penalties.

2. I have the right to have all proceedings, including the plea hearing, conducted by the district judge assigned to this case. The magistrate judge may conduct the plea hearing with my consent and the consent of my attorney and the Assistant United States Attorney.

Understanding all of my rights, I hereby consent to having a United States Magistrate Judge preside over the guilty plea hearing and give up my right to proceed before the District Judge. I understand that the United States District Judge will accept or reject the plea, accept or reject the plea agreement (if any), and will impose sentence. I give my consent to this procedure freely and voluntarily.

Dated:   August 20, 2018                              _____
                                                                     Defendant

_____       _____
Assistant U.S. Attorney                                Counsel for Defendant