## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Jason Harry Bishop | Mag. Judge: | Timothy P. Greeley |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 2:18-cr-34-PLM | 8/30/2018 | 3:30 pm - 3:57 pm | Marquette | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Paul Lochner | Mark Dobias | Retained |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Information - 1 count child porn | Read __<br>Reading Waived ✓ |

### TYPE OF HEARING
- __ First Appearance
- ✓ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   ✓ guilty
- __ Initial Pretrial Conference
- __ Detention   (waived __)
- __ Preliminary   (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- ✓ Change of Plea
- __ Sentencing
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- ✓ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Guilty Plea to Count(s) 1
of the Information

Count(s) to be dismissed at sentencing: _____

Presentence Report:
  ✓ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Sentencing February 4, 2019 at 2:30 p.m. before Judge Jonker | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:   __Yes  __No<br>Defendant informed of right to appeal:   __Yes  __No<br>Counsel informed of obligation to file appeal:  __Yes  __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ _____ |
| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** C. Moore |