UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 2:18-cr-34
    HON. PAUL L. MALONEY

JASON HARRY BISHOP,

    Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 30, 2018, for arraignment and defendant entered a guilty plea to the information filed August 17, 2018.

Pursuant to 18 USC 3143, defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

    */s/ Timothy P. Greeley*
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated: August 31, 2018