Harry A. Bishop, MD
Bridgeport, West Virginia


Hon. Robert Jonker
U.S. District Court Judge
Marquette, Michigan


January 24, 2019


Dear Sir:

My name is Harry Bishop. I am the 91-year-old father of Jason Bishop. Though I would like to be there in Michigan today, age, blindness, mobility, and winter will all keep me in West Virginia.

I am writing to you to plead for a decreased sentence for my son, Jason. While I'll not argue that Jason has broken the law, I am concerned over the current potential for life imprisonment for my son.

As a child and young man, Jason was never in trouble. He had impeccable school records, always avoided conflict, and even preferred to opt out of contact sports, choosing instead less combative forms of sport and exercise, like running and hiking. Jason has always been a prolific writer and a voracious reader, always seeking to expand his horizons both mentally and physically with travel. Jason's trouble didn't come until he was a student at Oklahoma University where he made a mistake that he's been paying for ever since. To my knowledge, Jason has never hurt anyone. He does not have a history of aggressive, violent, forceful, or predatory behavior. I believe he entirely non-violent and poses no physical harm or threat to the public.

In the past, while incarcerated, my son was frequently assaulted and abused because he is a homosexual sex offender. Despite Jason's wrongs, he is still my son, and as a parent, news of his consistent abuse was both devastating and infuriating. The violence against him has even occasionally gotten to the point where he was put into solitary confinement with his consent and for his protection.

Also during his incarceration, his medical needs were often neglected and ignored. While in San Quentin, for instance, he was allowed to lie on his cell floor in a semi-comatose condition for several days with a fever of 108° before being removed to the infirmary. As a physician, that is disturbing. As a father, it is appalling.  It pains me to think of my son lying near death on a cold floor because no one would help him.

Jason has essentially spent his entire adult life in prison. In short, because of his previous incarcerations, the consistent abuse he sustained while in prison, and limited access to adequate medical treatment, with a life sentence, I fear for the well-being and ultimately the life of my son. I feel he's already been punished long enough for any crime he may have committed.

As a 91-year-old vision impaired man, I know that I do not have much time left to visit with my son. While I know I will never *see* him again, I would like to be able to sit in the same room with him and visit.


Sincerely,

/s/ Harry A. Bishop, M.D.

Harry A. Bishop, MD