UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JASON HARRY BISHOP

        Defendant.

_____/

Case No. 2:18-CR-34-01

Hon. Robert J. Jonker
United States District Judge

## **MOTION FOR DOWNWARD VARIANCE**

Defendant, through his attorney, Mark L. Dobias, moves the Court for a downward variance in the sentence to be imposed by the Court. The reasons for this request are set forth in the sentencing memorandum and brief in support of the motion for downward variance.

                                                                           Respectfully submitted,

Dated: January 31, 2019                                /s/ Mark L. Dobias
                                                                     Attorney for Defendant

1